**Robert Allen LAMBERSON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 71806.**

Missouri Court of Appeals,
Western District.

Aug. 3, 2010.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Sept. 28, 2010.

Application for Transfer Denied
Nov. 16, 2010.

Robert A. Lamberson, Jefferson City, MO, pro se.

Jamie P. Rasmussen, Jefferson City, MO, for Respondent.

Before VICTOR C. HOWARD, P.J., THOMAS H. NEWTON, and GARY D. WITT, JJ.

**ORDER**

PER CURIAM:

Mr. Robert Lamberson appeals the motion court's judgment denying his motion to reopen post-conviction proceedings. In

his motion, Mr. Lamberson claimed that post-conviction relief (PCR) counsel abandoned him by failing to allege a conflict of interest with trial counsel as a basis to challenge trial counsel's effectiveness.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).